Circuit Court for Montgomery County
Case No. 370443V
Argued: 9/2/15

IN THE COURT OF APPEALS OF MARYLAND


No. 4


September Term, 2015


TOWER OAKS BOULEVARD, LLC


v.


BRENT W. PROCIDA, et al.,
Substitute Trustees


Barbera, C.J.
Battaglia
Greene
Adkins
McDonald
Watts
Harrell, Jr., Glenn T.,
     (Retired, Specially
          Assigned),
                    JJ.


PER CURIAM ORDER


Filed: September 3, 2015

TOWER OAKS BOULEVARD, LLC     *     IN THE

                            *     COURT OF APPEALS

         v.               *     OF MARYLAND

                            *     No. 4

BRENT W. PROCIDA, et al.,     *     September Term, 2015
Substitute Trustees

## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 3rd day of September, 2015,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

/s/ Mary Ellen Barbera
Chief Judge